UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ADVANCE 2000, INC.,

        Plaintiff,

v.

ADVANCED COMPUTER
ELECTRONICS, INC., d/b/a
ADVANCED 2000,

        Defendant.

_____

25-CV-1066 (JLS) (JJM)

## DECISION AND ORDER

Plaintiff Advance 2000, Inc. commenced this action against Defendant Advanced Computer Electronics, Inc. on October 20, 2025, asserting various claims relating to the similarity of their businesses' names. Dkt. 1. The case has been referred to United States Magistrate Judge Jeremiah J. McCarthy for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 8.

On January 21, 2026, Defendant moved to dismiss the complaint or, in the alternative, transfer venue to the Eastern District of Virginia. Dkt. 16. Plaintiff opposed the motion, Dkt. 19, and Defendant replied, Dkt. 20.

On May 12, 2026, Judge McCarthy issued a Report and Recommendation ("R&R") on Defendant's motion. Dkt. 28. He recommends that this Court grant Defendant's motion "to the extent that it seeks a transfer of this action to the United States District Court for the Eastern District of Virginia for further

proceedings, including consideration of the merits defenses raised in the motion." *Id.* at 7. Neither party filed objections, and the time to do so has expired. *See id.* (stating that objections were due by May 26, 2026).

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and, based on that review, and in the absence of any objections, the Court accepts Judge McCarthy's recommendation.

Thus, for the reasons in the R&R, Defendant's motion, Dkt. 16, is granted only to the extent that it seeks a transfer to the United States District Court for the Eastern District of Virginia for further proceedings, including consideration of the merits. The Clerk of Court is directed to transfer this matter to the United States District Court for the Eastern District of Virginia.

SO ORDERED.

Dated:     July 20, 2026
           Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

2